### Patricia L. KEATON, Respondent,

v.

### DIRECTOR OF REVENUE, Appellant.

No. WD 50775.

Missouri Court of Appeals,
Western District.

March 12, 1996.

Jeremiah W. (Jay) Nixon, Attorney General, Ronald D. Pridgin, Special Assistant Attorney General, Mo. Dept. of Revenue, Jefferson City, for appellant.

J. Martin Kerr, Independence, for respondent.

Before ELLIS, P.J., and HANNA and SPINDEN, JJ.

## ORDER

PER CURIAM:

The Director of Revenue appeals the order of the Circuit Court of Jackson County, Missouri, reinstating the driving privilege of Patricia L. Keaton. Keaton's license was revoked upon her refusal to submit to chemical testing pursuant to § 577.041, RSMo 1994.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed. Rule 84.16(b).

### In the Interest of M.K.S.

### JUVENILE OFFICER, Respondent,

v.

### Robin DOVER, Appellant.

No. WD 50785.

Missouri Court of Appeals,
Western District.

March 12, 1996.

Vickie K. Davis, Tatlow & Gump, Moberly, for appellant.

Cynthia A. Suter, Schirmer, Suter & Gaw, Thomas M. Shea, Moberly, for respondent.

Before ELLIS, P.J., and ULRICH and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM:

Natural mother, R.D.A., appeals the termination of her parental rights to her minor child pursuant to § 211.447 RSMo 1994. She asserts the trial court's determination was not supported by clear, cogent, and convincing evidence.

The judgment is affirmed. Rule 84.16(b).